IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Pamela Bradley, | ) | C/A No. 5:13-521-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| City of Orangeburg, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 1, 2014, Ms. Janet E. Rhodes, counsel for the plaintiff, Pamela Bradley ("Bradley"), filed a motion pursuant to Local Civil Rule 83.1.07 DSC requesting to withdraw as counsel. (ECF No. 29.) In response, Bradley stated that she would like for Ms. Rhodes to continue as counsel until Bradley could find a new attorney, and asked for additional time in which to seek new counsel. (ECF No. 30.) The court granted Bradley's request for an extension of time, and directed Bradley to advise the court of her status of counsel by June 27, 2014. (ECF No. 33.) To date, Bradley has not filed a response to the court's docket text order. Accordingly, counsel's motion to withdraw is granted (ECF No. 29), and Bradley is now proceeding in this matter as a self-represented plaintiff. In accordance with General Order, In Re: Procedures in Civil Actions Filed by Non-Prisoner *Pro Se* Litigants, 3:07-mc-5015-JFA (D.S.C. Sept. 18, 2007), Bradley's attention is directed to the following important notice.

**TO THE *PRO SE* PLAINTIFF:**

You are ordered to always keep the Clerk of Court advised **in writing (901 Richland Street, Columbia, South Carolina 29201)** if your address changes for any reason to assure that orders or other matters that specify deadlines will be received. If, as a result of your failure to comply with this order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, your case may be dismissed. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address. Your failure to do so will not be excused by the Court. Put this order with your own record of this case so that you will not overlook your duty.

Plaintiff must place the Civil Action Number (C/A No. 5:13-521-TLW-PJG) on any document filed in this case, and any future filings in this case must be sent to the address listed above. All documents requiring Plaintiff's signature shall be signed with his or her full legal name written in his or her own handwriting. *Pro se* litigants shall not use the "s/typed name" format used in the Electronic Case Filing System. In any future filings with this court, Plaintiff must use letter-sized paper and may only write, or type text, on one side of a sheet of paper.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, any documents filed subsequent to the initial pleading must be served on the parties. Unless otherwise ordered, service of subsequently filed documents on a party represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this court is effected by the court's Electronic Case Filing system through a computer generated notice of electronic filing.

**TO THE CLERK OF COURT**:

The Office of the Clerk of Court is directed to mail a copy of this order to the Plaintiff.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 5, 2014
Columbia, South Carolina